# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00020-CR

**Dianna Luera Lopez, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF RUNNELS COUNTY, 119TH JUDICIAL DISTRICT
### NO. 4214, HONORABLE BEN WOODWARD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's motion for extension of time to withdraw notice of appeal and motion to dismiss appeal are granted. *See* Tex. R. App. P. 42.2(a). The appeal is dismissed.

Mack Kidd, Justice

Before Chief Justice Law, Justices Kidd and Patterson

Dismissed on Appellant's Motion

Filed: June 5, 2003

Do Not Publish